**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.M., A MINOR | : | No. 534 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: T.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: N. M., A MINOR | : | No. 535 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: T. S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.